# CA02db Intake

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, January 5, 2023 8:32 AM |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 7:22-cv-09370-PMH Vitagliano v. County Of Westchester et al Appeal Record Sent to USCA - Electronic File |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/5/2023 at 8:31 AM EST and filed on 1/5/2023
**Case Name:**      Vitagliano v. County Of Westchester et al
**Case Number:**    7:22-cv-09370-PMH
**Filer:**
**WARNING: CASE CLOSED on 01/03/2023**
**Document Number:** No document attached

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [33] Notice of Appeal, filed by Debra A. Vitagliano were transmitted to the U.S. Court of Appeals. (tp)**

**7:22-cv-09370-PMH Notice has been electronically mailed to:**

Justin Richard Adin     jra3@westchestergov.com, fed.ecf@westchestergov.com

Shawna Currie MacLeod     scma@westchestergov.com, fed.ecf@westchestergov.com, shawna.macleod@gmail.com

John Nonna     jmn5@westchestergov.com

Daniel Matthew Vitagliano     dvitagliano@becketlaw.org

Alida Lavidania Marcos     azmh@westchestergov.com, fed.ecf@westchestergov.com

Mark Rienzi     mrienzi@becketfund.org

Daniel Chen    dchen@becketlaw.org

Joseph Davis    jdavis@becketlaw.org

**7:22-cv-09370-PMH Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:22–cv–09370–PMH

| | |
|---|---|
| Vitagliano v. County Of Westchester et al | Date Filed: 11/01/2022 |
| Assigned to: Judge Philip M. Halpern | Date Terminated: 01/03/2023 |
| Related Case: 7:22–cv–06950–PMH | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Debra A. Vitagliano**     represented by     **Daniel Chen**
Becket
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
202–955–0095
Email: dchen@becketlaw.org
*ATTORNEY TO BE NOTICED*

**Joseph Davis**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW
Ste 400
Washington, DC 20006
202–955–0095
Email: jdavis@becketlaw.org
*ATTORNEY TO BE NOTICED*

**Mark Rienzi**
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW
Suite 400
Washington, DC 20006
202–955–0095
Email: mrienzi@becketfund.org
*ATTORNEY TO BE NOTICED*

**Daniel Matthew Vitagliano**
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave NW, 400
Washington, DC 20006
202–955–0095
Email: dvitagliano@becketlaw.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**County Of Westchester**     represented by     **John Nonna**
Westchester County Attorney
Law Department
148 Martine Avenue
Ste 6th Floor
White Plains, NY 10601
914–995–2690
Email: jmn5@westchestergov.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alida Lavidania Marcos**

|  |  |
|---|---|
|  | Westchester County Attorney<br>148 Martine Avenue<br>Room 600<br>White Plains, NY 10601<br>347–479–6181<br>Email: azmh@westchestergov.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin Richard Adin**<br>Westchester County Attorney's Office<br>148 Martine Avenue, Room 600<br>White Plains, NY 10601<br>(914)–995–2893<br>Fax: (914)–995–4581<br>Email: jra3@westchestergov.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Shawna Currie MacLeod**<br>Westchester County Attorney's Office<br>148 Martine Avenue, Room 600<br>White Plains, NY 10601<br>914–995–4194<br>Email: scma@westchestergov.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**George Latimer**<br>*George Latimer, in his official capacity as County Executive of the County of Westchester*<br>*TERMINATED: 12/08/2022* | represented by **John Nonna**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alida Lavidania Marcos**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin Richard Adin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shawna Currie MacLeod**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**John M. Nonna**<br>*John M. Nonna, in his official capacity as County Attorney of the County of Westchester*<br>*TERMINATED: 12/08/2022* | represented by **John Nonna**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alida Lavidania Marcos**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin Richard Adin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Shawna Currie MacLeod**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/01/2022 | 1 | COMPLAINT against County Of Westchester, George Latimer, John M. Nonna. (Filing Fee $ 402.00, Receipt Number ANYSDC–26904640)Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/01/2022 | 2 | CIVIL COVER SHEET filed..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/01/2022 | 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 7:22–cv–06950. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/01/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to County of Westchester, re: 1 Complaint. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/01/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to George Latimer, re: 1 Complaint. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/01/2022 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to John M. Nonna, re: 1 Complaint. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/01/2022) |
| 11/02/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. .(pc) (Entered: 11/02/2022) |
| 11/02/2022 | | Case Designated ECF. (pc) (Entered: 11/02/2022) |
| 11/02/2022 | | CASE REFERRED TO Judge Philip M. Halpern as possibly related to 22cv6950. (pc) (Entered: 11/02/2022) |
| 11/02/2022 | 7 | ELECTRONIC SUMMONS ISSUED as to County Of Westchester..(pc) (Entered: 11/02/2022) |
| 11/02/2022 | 8 | ELECTRONIC SUMMONS ISSUED as to George Latimer..(pc) (Entered: 11/02/2022) |
| 11/02/2022 | 9 | ELECTRONIC SUMMONS ISSUED as to John M. Nonna..(pc) (Entered: 11/02/2022) |
| 11/07/2022 | | CASE ACCEPTED AS RELATED. Create association to 7:22–cv–06950–PMH. Notice of Assignment to follow. (aea) (Entered: 11/07/2022) |
| 11/07/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Philip M. Halpern. Judge Unassigned is no longer assigned to the case. (aea) (Entered: 11/07/2022) |
| 11/07/2022 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (aea) (Entered: 11/07/2022) |
| 11/16/2022 | 10 | CERTIFICATE OF SERVICE of Summons and Complaint. County Of Westchester served on 11/4/2022, answer due 11/25/2022. Service was accepted by Donna Dixon. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/16/2022) |
| 11/16/2022 | 11 | AFFIDAVIT OF SERVICE of Summons and Complaint. George Latimer served on 11/4/2022, answer due 11/25/2022. Service was accepted by Donna Dixon. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/16/2022) |
| 11/16/2022 | 12 | AFFIDAVIT OF SERVICE of Summons and Complaint. John M. Nonna served on 11/4/2022, answer due 11/25/2022. Service was accepted by Donna Dixon. Document filed by Debra A. Vitagliano..(Vitagliano, Daniel) (Entered: 11/16/2022) |
| 11/22/2022 | 13 | NOTICE OF APPEARANCE by John Nonna on behalf of County Of Westchester, George Latimer, John M. Nonna..(Nonna, John) (Entered: 11/22/2022) |
| 11/22/2022 | 14 | MOTION for Mark L. Rienzi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26993594. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Debra A. Vitagliano. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Supplement DC Bar Certificate of Good Standing, # 3 Text of Proposed Order for Admission Pro Hac |

| | | |
|---|---|---|
| | | Vice).(Rienzi, Mark) (Entered: 11/22/2022) |
| 11/22/2022 | 15 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Joseph C. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26993742. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Debra A. Vitagliano. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Supplement DC Bar Certificate of Good Standing, # 3 Supplement LA Bar Certificate of Good Standing, # 4 Text of Proposed Order for Admission Pro Hac Vice).(Davis, Joseph) Modified on 11/23/2022 (aea). (Entered: 11/22/2022) |
| 11/22/2022 | 16 | FIRST LETTER MOTION for Extension of Time addressed to Judge Philip M. Halpern from John Nonna dated November 22,2022. Document filed by County Of Westchester, George Latimer, John M. Nonna..(Nonna, John) (Entered: 11/22/2022) |
| 11/22/2022 | 17 | NOTICE OF APPEARANCE by Shawna Currie MacLeod on behalf of County Of Westchester, George Latimer, John M. Nonna..(MacLeod, Shawna) (Entered: 11/22/2022) |
| 11/22/2022 | 18 | NOTICE OF APPEARANCE by Justin Richard Adin on behalf of County Of Westchester, George Latimer, John M. Nonna..(Adin, Justin) (Entered: 11/22/2022) |
| 11/22/2022 | 19 | NOTICE OF APPEARANCE by Alida Lavidania Marcos on behalf of County Of Westchester, George Latimer, John M. Nonna..(Marcos, Alida) (Entered: 11/22/2022) |
| 11/23/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Mark L. Rienzi to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26993594. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 11/23/2022) |
| 11/23/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 15 MOTION for Joseph C. Davis to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26993742. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Louisiana (Not State Bar);. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (aea)** (Entered: 11/23/2022) |
| 11/23/2022 | 20 | ORDER granting 16 Letter Motion for Extension of Time. Application granted. The deadline for Defendants to respond to the Complaint shall be extended to December 16, 2022. SO ORDERED.. (Signed by Judge Philip M. Halpern on 11/23/2022) (kv) (Entered: 11/23/2022) |
| 11/23/2022 | | Set/Reset Deadlines: County Of Westchester answer due 12/16/2022; George Latimer answer due 12/16/2022; John M. Nonna answer due 12/16/2022. (kv) (Entered: 11/23/2022) |
| 11/23/2022 | 21 | ORDER FOR ADMISSION PRO HAC VICE granting 14 Motion for Mark L. Rienzi to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.. (Signed by Judge Philip M. Halpern on 11/23/2022) (kv) (Entered: 11/23/2022) |
| 11/29/2022 | 22 | AMENDED MOTION for Joseph C. Davis to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Debra A. Vitagliano. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Supplement DC Bar Certificate of Good Standing, # 3 Supplement LA Sup Ct Certificate of Good Standing, # 4 Text of Proposed Order for Admission Pro Hac Vice).(Davis, Joseph) (Entered: 11/29/2022) |
| 11/30/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 AMENDED MOTION for Joseph C. Davis to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The** |

| | | |
|---|---|---|
| | | **document has been reviewed and there are no deficiencies. (sac)** (Entered: 11/30/2022) |
| 11/30/2022 | 23 | ORDER FOR ADMISSION PRO HAC VICE granting 22 AMENDED MOTION for Joseph C. Davis to Appear Pro Hac Vice. The motion of Joseph C. Davis, for admission to practice Pro Hac Vice in the above captioned action is granted.. (Signed by Judge Philip M. Halpern on 11/30/2022) (jca) (Entered: 11/30/2022) |
| 12/06/2022 | 24 | MOTION for Daniel L. Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27049428. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Debra A. Vitagliano. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Supplement DC Bar Certificate of Good Standing, # 3 Supplement CA Bar Certificate of Good Standing, # 4 Text of Proposed Order for Admission Pro Hac Vice).(Chen, Daniel) (Entered: 12/06/2022) |
| 12/07/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 24 MOTION for Daniel L. Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27049428. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entered: 12/07/2022) |
| 12/07/2022 | 25 | PROPOSED STIPULATION AND ORDER. Document filed by Debra A. Vitagliano..(Rienzi, Mark) (Entered: 12/07/2022) |
| 12/08/2022 | 26 | ORDER FOR ADMISSION PRO HAC VICE granting 24 MOTION for Daniel L. Chen to Appear Pro Hac Vice. The motion of Daniel L. Chen, for admission to practice Pro Hac Vice in the above captioned action is granted. (Signed by Judge Philip M. Halpern on 12/8/2022) (jca) (Entered: 12/08/2022) |
| 12/08/2022 | 27 | ORDER GRANTING JOINT RULE 21 MOTION TO DROP PARTIES The parties have filed a Joint Rule 21 Motion to Drop Defendants George Latimer and John M. Nonna, sued in their official capacities, from the case. (Doc. 25). For the reasons stated therein, the motion is GRANTED. The Clerk of Court is respectfully directed to drop, under Federal Rule of Civil Procedure 21, Defendants George Latimer and John M. Nonna from the case and to amend the case caption accordingly. SO ORDERED. John M. Nonna (John M. Nonna, in his official capacity as County Attorney of the County of Westchester), George Latimer (Chief Executive of the County of Westchester, in his official capacity) and George Latimer (George Latimer, in his official capacity as County Executive of the County of Westchester) terminated. (Signed by Judge Philip M. Halpern on 12/8/2022) (jca) (Entered: 12/08/2022) |
| 12/16/2022 | 28 | FIRST LETTER MOTION for Conference addressed to Judge Philip M. Halpern from John Nonna dated December 16, 2022. Document filed by County Of Westchester, George Latimer, John M. Nonna..(Nonna, John) (Entered: 12/16/2022) |
| 12/21/2022 | 29 | LETTER RESPONSE to Motion addressed to Judge Philip M. Halpern from Mark L. Rienzi dated 12/21/2022 re: 28 FIRST LETTER MOTION for Conference addressed to Judge Philip M. Halpern from John Nonna dated December 16, 2022. . Document filed by Debra A. Vitagliano..(Rienzi, Mark) (Entered: 12/21/2022) |
| 12/23/2022 | 30 | ORDER denying without prejudice to renewal (53 in 7:22–cv–06950–PMH) Letter Motion for Conference re: 53 LETTER MOTION for Conference addressed to Judge Philip M. Halpern from Christopher Ferrara dated December 22, 2022. Application denied without prejudice to renewal after Defendant files its response to the Second Amended Complaint. SO ORDERED. (Signed by Judge Philip M. Halpern on 12/23/2022) (jca) (Entered: 12/23/2022) |
| 01/03/2023 | 31 | MEMORANDUM OPINION AND ORDER For the foregoing reasons, Defendant's motion to dismiss is GRANTED. The Clerk of Court is respectfully directed to (i) terminate the motion sequence pending at Doc. 28 and (ii) close this case. SO ORDERED. (Signed by Judge Philip M. Halpern on 12/30/2022) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/03/2023) |
| 01/03/2023 | 32 | CLERK'S JUDGMENT re: 31 Memorandum & Opinion in favor of County Of Westchester against Debra A. Vitagliano. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and |

| | | |
|---|---|---|
| | | Order dated January 3, 2023, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 1/3/2023) (Attachments: # 1 Right to Appeal) (km) (Entered: 01/03/2023) |
| 01/04/2023 | 33 | NOTICE OF APPEAL from 32 Clerk's Judgment, 31 Memorandum & Opinion,. Document filed by Debra A. Vitagliano. Filing fee $ 505.00, receipt number ANYSDC–27160900. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Vitagliano, Daniel) (Entered: 01/04/2023) |
| 01/05/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 33 Notice of Appeal. (tp) (Entered: 01/05/2023) |
| 01/05/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 33 Notice of Appeal, filed by Debra A. Vitagliano were transmitted to the U.S. Court of Appeals. (tp) (Entered: 01/05/2023) |