NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vitagliano v. County of Westchester    Docket No.: 23-30

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Shawna C. MacLeod

Firm: Westchester County Attorney's Office

Address: 148 Martine Avenue, 6th Floor

Telephone: 914-995-4194    Fax: 914-995-4581

E-mail: scma@westchestergov.com

Appearance for: County of Westchester/Appellee
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: John M. Nonna/Westchester County Attorney's Office )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ [signature]

Type or Print Name: Shawna C. MacLeod