# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vitagliano v. County of Westchester

Docket No.: 23-30

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Justin R. Adin

Firm: Westchester County Department of Law

Address: 148 Martine Avenue, 6th Floor, White Plains, NY 10601

Telephone: (914) 995-2893   Fax: (914) 995-4581

E-mail: jra3@westchestergov.com

Appearance for: County of Westchester
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: John Nonna, Shawna MacLeod, Westchester County Dept. of Law )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 12/8/2020                    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Justin R. Adin

Type or Print Name: Justin R. Adin