**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Vitagliano v. County of Westchester          Docket No.: 23-30

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Edward M. Wenger

Firm: Holtzman Vogel Baran Torchinsky & Josefiak, PLLC

Address: 2300 N Street NW, Suite 643-A

Telephone: 540-341-8808          Fax: 540-341-8809

E-mail: emwenger@holtzmanvogel.com

Appearance for: Amicus Curiae Eleanor McCullen
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: Appellant Debra A. Vitagliano)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/9/2021          OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Edward M. Wenger

Type or Print Name: Edward M. Wenger