UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-30

**Caption [use short title]**

**Motion for:** Amicus Curiae Eleanor McCullen

**Set forth below precise, complete statement of relief sought:**
Leave to file brief of Amicus Curiae

Vitagliano v. County of Westchester

**MOVING PARTY:** Eleanor McCullen  **OPPOSING PARTY:** County of Westchester

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Edward M. Wenger  **OPPOSING ATTORNEY:** Justin Richard Adin

[name of attorney, with firm, address, phone number and e-mail]

Holtzman Vogel Baran Torchinsky & Josefiak, PLLC
2300 N Street NW, Ste 643-A
Washington, DC 20037
202-737-8808
emwenger@holtzmanvogel.com

**Court- Judge/ Agency appealed from:** Southern District of New York (White Plains), Halpern, J.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Edward M. Wenger  **Date:** 3/3/2023  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-30

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

DEBRA A. VITAGLIANO

*Plaintiff-Appellant,*

v.

COUNTY OF WESTCHESTER,

*Defendant-Appellee.*

Appeal from the United States District Court for the Southern District of New York (Halpern, *J.*), No. 7:22-cv-9370

## MOTION OF ELEANOR McCULLEN TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANT DEBRA A. VITAGLIANO

Edward M. Wenger
Caleb B. Acker
Andrew B. Pardue*
HOLTZMAN VOGEL BARAN
 TORCHINSKY & JOSEFIAK PLLC
2300 N ST, N.W., Suite 643
Washington, DC 20037
Phone: (540) 341-8808
Fax: (540) 341-8809
emwenger@holtzmanvogel.com

* Not admitted to the D.C. bar; supervised by licensed D.C. Bar members

Eleanor McCullen respectfully asks this Court for leave to file the attached amicus brief in support of Appellant. Appellant consents, but Appellee opposes Ms. McCullen's motion.

**IDENTITY AND INTEREST OF PROPOSED AMICUS CURIAE**

Eleanor McCullen was the lead petitioner in *McCullen v. Coakley*, 573 U.S. 464 (2014). When she filed her petition for a writ of certiorari, she was spending her Tuesdays and Wednesdays helping women outside of a Planned Parenthood Clinic. In addition to a message of love and support she offered to women footsteps away from terminating a pregnancy, Ms. McCullen and her husband have spent thousands of dollars of their own money to pay for baby showers, lodging, utilities, food, diapers, and more for women in need who choose to have their babies.

Ms. McCullen believes that every human life, from the child in the womb to the woman dealing with a crisis pregnancy, is precious and worthy of dignity, respect, love, and protection. That is why she has devoted her time to sidewalk counseling, and that is why she petitioned the Supreme Court one decade ago to protect her First Amendment right to do so. As another sidewalk counselor appeals her own case to this Court to ensure her First Amendment right to express her message of hope to women facing perhaps the most profoundly difficult decisions they have ever faced, Ms. McCullen, now *amicus curiae*, offers the following to

crystalize the exceptional burdens that buffer-zone laws continue to inflict on sidewalk counselors.

## ARGUMENT

Generally, "it is preferable to err on the side of granting leave" to file an amicus brief. *Neonatology Assocs., P.A. v. Commissioner*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.). "If an amicus brief that turns out to be unhelpful is filed, the merits panel, after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief. On the other hand, if a good brief is rejected, the merits panel will be deprived of a resource that might have been of assistance." *Id*.

Ms. McCullen's experience both in federal litigation about her own First Amendment rights and in her active participation in the same type of speech at the center of this present case gives her unique perspective on the law and facts. She presents this brief to give that perspective and explain to this Court why her and Appellant's rights as sidewalk counselors can only be vindicated by the end of *Hill v. Colorado*, 530 U.S. 703 (2000)'s errant holding that regulations singling out counseling for differential treatment are not content based.

## CONCLUSION

For the foregoing reasons, the Court should grant this motion and allow Eleanor McCullen to file the attached amicus brief.

Dated: March 3, 2023.    Respectfully Submitted,

*/s/ Edward Wenger*
Edward M. Wenger
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: 540-341-8808
Fax: 540-341-8809
emwenger@holtzmanvogel.com

## CERTIFICATE OF SERVICE

I certify compliance for motions filed under Rule 27, certifying that this Motion for Leave to File Amicus is proportionally spaced, has a typeface of 14-point Times New Roman, and contains 454 words.

        */s/ Edward M. Wenger*
Edward M. Wenger
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: 540-341-8808
Fax: 540-341-8809
emwenger@holtzmanvogel.com

## CERTIFICATE OF SERVICE

    I filed a true and correct copy of this motion with the Clerk of this Court via the CM/ECF system, which will notify all counsel.

Dated: March 3, 2023.

                                              */s/ Edward M. Wenger*
                                              Edward M. Wenger
                                              HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
                                              15405 John Marshall Highway
                                              Haymarket, VA 20169
                                              Phone: 540-341-8808
                                              Fax: 540-341-8809
                                              emwenger@holtzmanvogel.com