# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-30

**Caption [use short title]**

**Motion for:** Leave for Caiti A. Zeytoonian to Appear Pro Hac Vice

Set forth below precise, complete statement of relief sought:

Defendant-Appellee County of Westchester respectfully requests that Caiti Zeytoonian be permitted to appear pro hac vice as counsel for amicus curiae Westchester Coalition For Legal Abortion – Choice Matters, Inc., Hope's Door and Westchester Women's Agenda for the purpose of filing an amicus brief in support of Defendant-Appellee.

**Vitagliano v. County of Westchester**

**MOVING PARTY:** County of Westchester   **OPPOSING PARTY:** Vitagliano

☐ Plaintiff   ☑ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** Caiti A. Zeytoonian   **OPPOSING ATTORNEY:** Joseph Davis

[name of attorney, with firm, address, phone number and e-mail]

Morgan, Lewis & Bockius LLP
One Federal Street, Boston, MA 02110-1726
617.341.7724; caiti.zeytoonian@morganlewis.com

Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW Suite 400, Washington, DC 20006
202.955.0095; jdavis@becketlaw.org

**Court-Judge/Agency appealed from:** United States District Court for the Southern District of New York (Halpern, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No   If yes, enter date:

**Signature of Moving Attorney:**

/s/ Caiti A. Zeytoonian   **Date:** April 5, 2023   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)