IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

------------------------------------------------ X
Debra A. Vitagliano,                             :
                                                 :
       *Plaintiff-Appellants*,   :   Appeal No. 23-30
                                                 :
  -against-                                     :
                                                 :
County of Westchester,                           :
                                                 :
       *Defendant-Appellee*.     :
                                                 :
------------------------------------------------ :
                                                 X

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Second Circuit Local Rule 46.1(d), the undersigned counsel respectfully moves for leave to appear *pro hac vice* as counsel in the above-titled action for *amicus curiae* Westchester Coalition For Legal Abortion – Choice Matters, Inc., Hope's Door, and Westchester Women's Agenda ("*Amicus Curiae*").

Undersigned counsel is one of several Morgan, Lewis & Bockius LLP attorneys who are seeking to appear *pro hac vice* in this action for the purpose of filing an *amicus* brief on behalf of *Amicus Curiae* in support of the Defendant-Appellee. In support of this motion, I certify the following:

    1.    I am admitted to practice law before the courts of Massachusetts, and am a member in good standing of the bar of Massachusetts. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

2.     The exceptional circumstances required by Second Circuit Local Rule 46.1(d)(3) exist here.  I seek to represent *Amicus Curiae* in their efforts to aid the Court in its understanding of the issues presented and the adverse impact reversing the decision below would have on women seeking reproductive health care services.

WHEREFORE, the undersigned respectfully requests that this Court grant Caiti A. Zeytoonian leave to appear *pro hac vice* in this proceeding.

Dated:  April 5, 2023               Respectfully submitted,

*/s/ Caiti A. Zeytoonian*
Caiti A. Zeytoonian (MA Bar ID No. 698896)
**MORGAN, LEWIS & BOCKIUS LLP**
caiti.zeytoonian@morganlewis.com
One Federal Street
Boston, MA 02110
Telephone: (617) 341-7724

# **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). This motion does not exceed 5,200 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type.

*/s/ Caiti A. Zeytoonian*
Caiti A. Zeytoonian