## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vitagliano v. County of Westchester  Docket No.: 23-30

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bichnga T. Do

Firm: Morgan, Lewis & Bockius LLP

Address: 300 South Grand Ave., 22nd Fl., Los Angeles, CA 90071-3132

Telephone: 213.612.2657   Fax: 213.612.2501

E-mail: nga.do@morganlewis.com

Appearance for: Westchester Coalition For Legal Abortion – Choice Matters, Inc.; Hope's Door; Westchester Women's Agenda; Planned Parenthood Hudson Peconic, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on April 5, 2023.

Signature of Counsel: /s/ Bichnga T. Do

Type or Print Name: Bichnga T. Do