NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vitagliano v. County of Westchester _____ Docket No.: 23-30 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephanie Schuster

Firm: Morgan, Lewis & Bockius LLP

Address: 1111 Pennsylvania Ave., NW, Washington, DC 20004

Telephone: 202.739.6595 Fax: 202.739.3001

E-mail: stephanie.schuster@morganlewis.com

Appearance for: Westchester Coalition For Legal Abortion – Choice Matters, Inc.; Hope's Door; Westchester Women's Agenda; Planned Parenthood Hudson Peconic, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 5/13/2020 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Stephanie Schuster

Type or Print Name: Stephanie Schuster