# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Vitagliano v. County of Westchester     Docket No.: 23-30

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Caiti A. Zeytoonian

Firm: Morgan, Lewis & Bockius LLP

Address: One Federal Street, Boston, MA 02110-17

Telephone: 617.341.7724     Fax: 617.341.7701

E-mail: caiti.zeytoonian@morganlewis.com

Appearance for: Westchester Coalition For Legal Abortion – Choice Matters, Inc.; Hope's Door; Westchester Women's Agenda; Planned Parenthood Hudson Peconic, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendant-Appellee )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on April 5, 2023.

Signature of Counsel: /s/ Caiti A. Zeytoonian

Type or Print Name: Caiti A. Zeytoonian