UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand twenty three,

Debra A. Vitagliano,

    Plaintiff - Appellant,

v.

County of Westchester,

    Defendant - Appellee,

George Latimer, George Latimer, in his official capacity as County Executive of the County of Westchester, John M. Nonna, John M. Nonna, in his official capacity as County Attorney of the County of Westchester,

    Defendants.

**ORDER**
Docket No. 23-30

Caiti A. Zeytoonian seeks to be admitted pro hac vice for the purpose of representing Amicus Curiae Hope's Door, et al.

IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within (3) days of the date of this order.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court