UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-30 _____    _____ Caption [use short title] _____

Motion for: Leave of Court for Amici Curiae to

Participate in Oral Argument in Support of

Defendant-Appellee

Set forth below precise, complete statement of relief sought:

Westchester Coalition for Legal Abortion - Choice Matters, Inc.,

Hope's Door, Westchester Women's Agenda, and Planned

Parenthood Hudson Peconic, Inc. filed an amicus brief

addressing Appellant's lack of standing to bring suit and the

public's interest in maintaining the buffer-zone law challenged

by Appellant and believes that oral argument will be helpful to the court.

Vitagliano v. County of Westchester

MOVING PARTY: Westchester Coalition for Legal Abortion - Choice Matters, Inc. et al.    OPPOSING PARTY: Debra A. Vitagliano

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Emily Booth          OPPOSING ATTORNEY: Mark Rienzi, Joseph Davis, Daniel Chen, Daniel Vitagliano

[name of attorney, with firm, address, phone number and e-mail]

Morgan, Lewis & Bockius LLP          The Becket Fund for Religious Liberty

1111 Pennsylvania Ave NW, Washington, DC 20004    1919 Pennsylvania Ave. NW Suite 400, Washington, DC 20006

202-739-5472; emily.booth@morganlewis.com          202-955-0095; mrienzi@becketlaw.org

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York (Jude Halpern)

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain): _____
_____

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?    ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☑ Yes ☐ No  If yes, enter date: May 9, 2023

Signature of Moving Attorney:

/s/ Emily Booth _____  Date: 5/3/2023 _____   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 23-30

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

DEBRA A. VITAGLIANO,

*Plaintiff - Appellant*,

v.

COUNTY OF WESTCHESTER,

*Defendant-Appellee*,

GEORGE LATIMER, GEORGE LATIMER, IN HIS OFFICIAL CAPACITY AS COUNTY EXECUTIVE OF THE COUNTY OF WESTCHESTER, JOHN M. NONNA, JOHN M. NONNA, IN HIS OFFICIAL CAPACITY AS COUNTY ATTORNEY OF THE COUNTY OF WESTCHESTER,

*Defendants*.

On Appeal from the United States District Court
for the Southern District of New York, No. 7:22-cv-9370

**REQUEST FOR LEAVE OF COURT FOR *AMICI CURIAE* WESTCHESTER COALITION FOR LEGAL ABORTION – CHOICE MATTERS, INC., HOPE'S DOOR, WESTCHESTER WOMEN'S AGENDA, AND PLANNED PARENTHOOD HUDSON PECONIC, INC. TO PARTICIPATE IN ORAL ARGUMENT IN SUPPORT OF DEFENDANT**

### MORGAN, LEWIS & BOCKIUS LLP

Caiti Zeytoonian
One Federal Street
Boston, MA 02110
(617) 341-7724

Stephanie Schuster
Emily Booth
Tanya Tiwari
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 373-6595

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), *amici curiae* Westchester Coalition for Legal Abortion—Choice Matters, Inc., Hope's Door, Westchester Women's Agenda, and Planned Parenthood Hudson Peconic (together, "*Amici*") respectfully move for leave to participate in oral argument in this proceeding in support of Defendant, County of Westchester. *Amici* respectfully submit that this is an appropriate case to permit oral argument by an amicus. In support of this motion, *Amici* state as follows:

1. Parties consented to *Amici* filing their Brief in Support of Defendant-Appellee Westchester County.

2. On April 7, 2023, the undersigned pro-bono counsel for *Amici* filed an amicus brief supporting Defendant's first-amendment argument, addressing Plaintiff's lack of standing, and explaining the necessity of the challenged law for women seeking reproductive health services.

3. *Amici* believe that presenting their views at oral argument regarding the privacy interests at stake in the challenged law will be helpful to the Court in deciding these issues.

4. Counsel for *Amici* consulted with the parties in advance of filing this motion. Defendant-Appellee County of Westchester consents to the filing of the motion and has alternatively offered three minutes of its allotted argument time to *Amici*. Counsel for Plaintiff-Appellant indicated that Plaintiff opposes this motion.

WHEREFORE, *Amici* respectfully request leave of this Court to participate in oral argument and allotment of five minutes of argument time, or alternatively, three minutes of Defendant-Appellee's allotted argument time.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

Dated: May 3, 2023

s/ Emily Booth
Stephanie Schuster
Emily Booth
Tanya Tiwari
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 373-6595
stephanie.schuster@morganlewis.com
emily.booth@morganlewis.com
tanya.tiwari@morganlewis.com

Caiti Zeytoonian
One Federal Street
Boston, MA 02110
(617) 341-7724
caiti.zeytoonian@morganlewis.com

*Counsel for Amici Curiae*

2

## **<u>CERTIFICATE OF COMPLIANCE</u>**

I certify that this brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 233 words.

I further certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft 365 Word in 14-point Times New Roman type for text and footnotes.

s/ Emily Booth
Emily Booth

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

## ORAL ARGUMENT STATEMENT (Local Rule 34.1(a))

**TO REQUEST ORAL ARGUMENT, FILL OUT THIS FORM AND FILE IT WITH THE CLERK
WITHIN 14 DAYS AFTER THE FILING OF THE LAST APPELLEE BRIEF.
IF THIS FORM IS NOT TIMELY FILED, YOU WILL NOT BE PERMITTED TO ARGUE IN PERSON.**

Short Title of Case: Vitagliano v. County of Westchester       Docket No.: 23-30

Name of Party: Westchester Coalition for Legal Abortion - Choice Matters, Inc. et al.

Status of Party (e.g., appellant, cross-appellee, etc.): Amici Curiae in support of Defendant-Appellee

Check one of the three options below:

[✓] I want oral argument.

[ ] I want oral argument only if
at least one other party does.

[ ] I do not want oral argument.

> An attorney whose preference depends on whether other attorneys will argue should consider conferring before requesting argument. After the appeal has been scheduled for oral argument, a motion by counsel to forgo oral argument, even on consent, may be denied.

If no party wants oral argument, the case will be decided on the basis of the written briefs. If you want oral argument, you must appear in Court on the date set by the Court for oral argument.

**The Court may determine to decide a case without oral argument even if the parties request it.**

**If you want oral argument**, state the name of the person who will argue:

Name: Emily Walsh Booth

(An attorney must be admitted to practice before the Court in accordance with Local Rule 46.1.)

**If you want oral argument**, list any dates (including religious holidays), that fall in the interval from 6 to 20 weeks after the due date of this form, that the person who will argue is not available to appear in Court:

N/A - Argument set for May 9, 2023

**ANYONE WHO WANTS TO ARGUE MUST UPDATE THE COURT IN WRITING OF ANY CHANGE IN AVAILABILITY. THE COURT MAY CONSIDER A FAILURE TO UPDATE ABOUT AVAILABILITY WHEN DECIDING A MOTION TO POSTPONE A SET ARGUMENT DATE.**

**Filed by**:

Print Name: Emily Walsh Booth       Date: 5/3/2023

Signature: /s/ Emily Booth

(Revised December 2011)