# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of May, two thousand and twenty-three,

—————————————————————

Debra A. Vitagliano,

        Plaintiff - Appellant,

v.

County of Westchester,

        Defendant – Appellee.

—————————————————————

**ORDER**
Docket No. 23-30

Amici Curiae 'Westchester Coalition for Legal Abortion-Choice Matters, Inc., Hope's Door, Westchester Women's Agenda and Planned Parenthood Hudson Peconic, Inc.' move for leave to participate in oral argument scheduled for Tuesday, May 9, 2023.

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

