**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: June 21, 2023<br>Docket #: 23-30cv<br>Short Title: Vitagliano v. County of Westchester | DC Docket #: 22-cv-9370<br>DC Court: SDNY (WHITE PLAINS)<br>DC Judge: Halpern |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8541.